**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Allen Gerard Hollimon v. Valencia Lana Williams

Appellate case number:   01-22-00414-CV

Trial court case number:  2022-23766

Trial court:             280th District Court of Harris County

On October 24, 2022, appellee filed appellee's brief.  *See* TEX. R. APP. P. 38.2.  Because appellant's brief is currently not due until October 27, 2022, the filing of appellee's brief was premature.  *See* TEX. R. APP. P. 38.6(a), (b), (d).

Accordingly, we **STRIKE** appellee's brief filed October 24, 2022.  Appellee's brief will be due 30 days after appellant files his brief.  *See* TEX. R. APP. P. 38.6(b) (providing that appellee's brief must be filed within 30 days after date appellant's brief is filed)

It is so **ORDERED**.

Judge's signature: _____/s/ Julie Countiss_____
             ☑ Acting individually     ☐ Acting for the Court

Date:   ___October 27, 2022_____